UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LARHONDA JONES, o/b/o D.J., a minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.4:12CV1456SNLJ/FRB |
| | ) | |
| CAROLYN W. COLVIN[1], | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles [22], filed June 11, 2013 be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability benefits be and is **REVERSED**.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that pursuant to Sentence Four of 42 U.S.C. §405(g), this case is **REMANDED** to the Commissioner for reconsideration and further proceedings consistent with the Magistrate Judge's Report and Recommendation [22]. This Court does not retain jurisdiction of this case.

---

[1] On February 14, 2013 Carolyn W. Colvin became the Acting Commissioner of Social Security; thereby, replacing Michael J. Astrue as defendant Commissioner of Social Security.

Dated this   2nd    day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE